45 A.3d 405

**Carole L. SCHEIB, a Married Woman, Petitioner**

v.

**AP REALTY, INC., a Subsidiary of Bank of N.Y. Mellon, N.A., Respondent.**

Supreme Court of Pennsylvania.

May 31, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 31st day of May, 2012, the Application for Leave to File a Reply and the Petition for Allowance of Appeal are hereby **DENIED.**